## STANIFORD ET AL., HEIRS OF STOUGHTON, v. HIDE.

The heirs or creditors, have right to appeal from the acceptance of the report of commissioners, allowing debts to the administrator.

APPEAL from the judgment of the Court of Probate, accepting the report of the commissioners on said Stoughton's estate.

Causes of appeal were — That said Hide was the administrator on said estate; that he represented it insolvent, and had commissioners appointed; that he was the only creditor that exhibited any claim against said estate; that he exhibited and had allowed by said commissioners a debt of £394, of which £170 consisted of articles charged on book, which by the Statute of Limitation were outlawed; that he had given no credit for the rents of a valuable farm, which he had had the improvement of for many years, and that there was nobody to contest his claim before said commissioners.

Plea in abatement — That the commissioners were by law the only judges in such cases and their doings were final and conclusive.

Judgment — Plea insufficient. The doings of the commissioners are final and conclusive upon the creditors as to their claims; but the administrator has a right to contest their allowances at law; and there is the same reason that the creditors, where the estate is insolvent, and the heirs where it is not, should contest at law, an allowance made to the administrator; otherwise there would be nothing to prevent his getting any allowance he pleased, in his own favor; and where there is the same reason, there is the same law.

This cause was heard upon the merits, and the judgment of the Court of Probate disaffirmed.